

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**7/24/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

smis

# ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number: 08-24503 - D - 7

Debtor Name(s) and Address(es):

Mark Andrade
5528 Great Valley Dr
Antelope, CA 95843

Michele Andrade
5528 Great Valley Dr
Antelope, CA 95843

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated: 7/24/09

Richard G. Heltzel
Clerk of Court